UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 22-cv-21426-KMW

**AISHIA PETERSEN,**

Plaintiff,

**v.**

**ANNE FONTAINE USA, INC.,**

Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff **AISHIA PETERSEN** and Defendant **ANNE FONTAINE USA, INC.**, by

and through their respective undersigned counsel, hereby file this Joint Notice of Settlement to

notify this Court that Plaintiff and Defendant have settled this matter.  The Parties anticipate

that a Joint Stipulation for Dismissal *with Prejudice* will be filed within forty-five (45) days.

Dated this 23rd day of June 2022.

By: */s/ Acacia Barros*
Acacia Barros, Esq.
Florida Bar No. 106277
Email: ab@brroslawfirm.com
ACACIA BARROS P.A.
11120 N. Kendall Drive
Miami, FL  33176
Phone: (305) 639-8331

*Attorney for Plaintiff,*
*Aishia Petersen*

By: */s/Shayla N. Waldon*
Mendy Halberstam, Esq.
Florida Bar No.: 68999
Email: *mendy.halberstam@jacksonlewis.com*
Shayla N. Waldon, Esq.
Florida Bar No. 105626
Email: *shayla.waldon@jacksonlewis.com*
JACKSON LEWIS P.C.
Two South Biscayne Blvd., Suite 3500
Miami, Florida 33131
Phone: (305) 577-7651

*Attorneys for Defendant,*
*Anne Fontaine USA, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 23, 2022, that the foregoing document has been filed using

CM/ECF system and will be served on Defendant's counsel via CM/ECF system.

<u>*/s/Acacia Barros*                </u>
Attorney for Plaintiff
ACACIA BARROS, P.A.

4858-7702-8390, v. 1