UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 22-cv-21426-KMW

**AISHIA PETERSEN,**

    Plaintiff,

**v.**

**ANNE FONTAINE USA, INC.,**

    Defendant.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **AISHIA PETERSEN**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear her or its own costs and fees, including attorneys' fees, incurred with this action.

Dated: August 30, 2022.

                                  ACACIA BARROS, P.A.
                                  11120 N. Kendall Dr.,
                                  Suite 201
                                  Miami, Florida 33176
                                  Telephone:  305-639-8381

                                  /s/_____
                                  Acacia Barros, Esq.
                                  Florida Bar No. 106277
                                  ab@barroslawfirm.com

                                  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2022, that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel via CM/ECF system.

/s/*Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.